# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN OHIO DISTRICT
# EASTERN DIVISION

**JEFFREY G.,**

    **Plaintiff,**

**v.**                                                 Case No. 2:21-cv-938
                                                         **JUDGE EDMUND A. SARGUS, JR.**
**COMMISSIONER OF SOCIAL SECURITY,**    Magistrate Judge Preston Deavers

    **Defendant.**

## OPINION AND ORDER

On May 3, 2022, the Magistrate Judge in this case issued a Report and Recommendation proposing that the decision of the Commissioner, denying disability benefits to the Plaintiff, be AFFIRMED.  (ECF No. 20.)  The Plaintiff filed a timely objection.  (ECF No. 21.)

The undersigned has reviewed the objections, the Magistrate Judge's Report and Recommendation and the decision of the Commissioner at the administrative record.  The Court is satisfied that the decision of the Commissioner is supported by substantial evidence and is not contrary to the law.

The Court ADOPTS the Report and Recommendation of the Magistrate Judge.  The decision of the Commissioner of Social Security denying benefits is AFFIRMED.  This case is DISMISSED.

    **IT IS SO ORDERED.**


 **Date:  9/21/2022**                                      s/Edmund A. Sargus, Jr._____
                                                                  **EDMUND A. SARGUS, JR., JUDGE**
                                                                   **UNITED STATES DISTRICT JUDGE**